FILED

2017 MAY -4 PM 5:25

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:17-cr-213T-23 AAS

JORGE PEREZ

18 U.S.C. § 922(g)(1)
21 U.S.C. § 841(a)(1)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about March 25, 2017, in the Middle District of Florida, the defendant,

JORGE PEREZ,

having been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. **Trafficking in Cocaine**, on or about May 1, 2006;

2. **Sale of Cocaine**, on or about May 1, 2006;

3. **Sale of Methamphetamine**, on or about May 1, 2006;

4. **Possession of Cocaine**, on or about May 1, 2006; and

5. **Possession of Methamphetamine**, on or about May 1, 2006;

did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, that is, a Taurus .22 caliber pistol and 21 rounds of .22 caliber

ammunition.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## COUNT TWO

On or about March 25, 2017, in the Middle District of Florida, and elsewhere, the defendant,

JORGE PEREZ,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

On or about March 25, 2017, in the Middle District of Florida, and elsewhere, the defendant,

JORGE PEREZ,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and is therefore punished under 21 U.S.C. § 841(b)(1)(C).

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## **FORFEITURE**

1.  The allegations contained in Counts One through Three are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).

2.  Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.  Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

4.  The property to be forfeited includes, but is not limited to, a Taurus .22 caliber pistol and 21 rounds of .22 caliber ammunition.

4.  If any of the property described above, as a result of any act or omission of the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), directly and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

W. STEPHEN MULDROW
Acting United States Attorney

By: _____
Natalie Hirt Adams
Assistant United States Attorney

By: _____
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Gangs Section

FORM OBD-34
APR 1991

Case 8:17-cr-00213-SDM-AAS   Document 1   Filed 05/04/17   Page 5 of 5 PageID 5

No.

FILED

2017 MAY -4  PM 5: 25

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Tampa Division

## THE UNITED STATES OF AMERICA

vs.

## JORGE PEREZ

## INDICTMENT

Violations: Title 18, United States Code, Section 922(g)(1)
Title 21, United States Code, Section 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 4th day of May, 2017.

_____
Clerk

Bail $_____

GPO 863 525

T:\_Cases\Criminal Cases\P\Perez, Jorge_2017R01027_NHA\f_Indictment Back.docx