UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                         Case No. 8:17-cr-213-T-23AAS

JORGE PEREZ

## NOTICE OF APPEARANCE

Please note the appearance of the Assistant United States Attorney, as co-counsel for the Government in regard to forfeiture proceedings in the above-styled cause. The Government requests that any and all pleadings, correspondence, and other matters pertaining to this case be directed to the undersigned, as well as to Assistant United States Attorney Natalie Hirt Adams, on behalf of the Government.

                                  Respectfully Submitted,

                                  W. STEPHEN MULDROW
                                  Acting United States Attorney

By:   *s/James A. Muench*
        JAMES A. MUENCH
        Assistant United States Attorney
        Florida Bar Number 472867
        400 North Tampa Street, Suite 3200
        Tampa, Florida 33602
        (813) 274-6000 – telephone
        (813) 274-6220 – facsimile
        E-mail: james.muench2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                                *s/James A. Muench*
                                                JAMES A. MUENCH
                                                Assistant United States Attorney