**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

CASE No. 8:17-cr-213-T-23AAS                              DATE: July 3, 2017

# HONORABLE MARK A. PIZZO

| | |
|---|---|
| UNITED STATES OF AMERICA | Diego Novaes, AUSA |
| -v- | |
| JORGE PEREZ | Adam Nate, AFPD |
| Interpreter/Language: N/A | Tape: Digital |
| Time: 3:04 - 3:13 | Total: 0:09 |
| Courtroom Deputy: Eric Calderon | Courtroom: 11B |

PROCEEDINGS: INITIAL APPEARANCE and ARRAIGNMENT

  _____ Deft provided w/copy of INDICTMENT
  _____ ARREST DATE: 07/03/17
  _____ Court advises of Deft's Rule 5 rights and charges
  _____ Financial Affidavit submitted for approval
  _____ FPD appointed for all purposes including trial
  _____ Govt position on [ ] release or [X] detention: danger to community
  _____ Defendant does not contest Detention; reserve right to revisit if appropriate
  _____ Court orders Defendant DETAINED; counsel may revisit should circumstances warrant
  _____ Court: Order of DETENTION pending Trial

 _____ INDICTMENT FILED AND COPIED TO DEFENDANT

 _____ DEFENDANT WAIVED READING OF INDICTMENT

 _____ NOT GUILTY PLEA ENTERED AS TO ALL COUNTS

 _____ TRIAL SET WEEKS BEGINNING SEPTEMBER 5, 2017 before JUDGE STEVEN D. MERRYDAY

 _____ STATUS REPORT DUE BY 10TH OF MONTH OR THE 1ST BUSINESS DAY BEFORE THE 10TH before JUDGE STEVEN D. MERRYDAY

 _____ GOVERNMENT TO PROVIDE RULE 16(a); DEFENDANT TO PROVIDE RULE 16(b)

 _____ PRE-TRIAL DISCOVERY ORDER to be entered by MAGISTRATE JUDGE AMANDA A. SANSONE

 _____ REMANDED TO THE CUSTODY OF U.S. MARSHAL