UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:17-cr-213-T-23AAS

JORGE PEREZ

_____/

## DETENTION ORDER

THIS CAUSE is before the Court upon the government's motion to detain the Defendant

pursuant to 18 U.S.C. § 3142(f)(1)(C). The Defendant is charged by indictment with (1) knowingly

possessing a firearm after having previously been convicted of a felony in violation of 18 U.S.C.

§ 922(g)(1); (2) knowingly and intentionally possessing with intent to distribute a mixture and

substance containing a detectable amount of heroin in violation of § 841(a)(1) and (b)(1)(C); and (3)

knowingly and intentionally possessing with intent to distribute a mixture and substance containing

a detectable amount of methamphetamine in violation of § 841(a)(1) and (b)(1)(C). Because

probable cause exists to believe the Defendant committed an offense punishable by a prison term

exceeding ten years, a rebuttable presumption arises that no condition or combination of conditions

will reasonably assure his appearance as required and the safety of the community. *See* 18 U.S.C.

§ 3142(e). The Defendant concedes the motion at this time, but may seek reconsideration of this

order should circumstances warrant. It is therefore ORDERED:

1. The Defendant shall be detained pending trial and committed to the custody of the

Attorney General for confinement in a correction facility separate, to the extent practicable, from

persons awaiting or serving sentences or being held in custody pending appeal;

2. The Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

3. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which the Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE and ORDERED, at Tampa, Florida, on July 3, 2017.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

cc:     Counsel of Record
        United States Marshals Service
        Pretrial Services